

# Notice of Service of Process

**null / ALL**
**Transmittal Number: 30946419**
**Date Processed: 03/07/2025**

| | |
|---|---|
| **Primary Contact:** | SOP Team nwsop@nationwide.com<br>Nationwide Mutual Insurance Company<br>1 Nationwide Plz<br>Columbus, OH 43215-2226 |
| **Electronic copy provided to:** | Ashley Roberts |
| **Entity:** | Scottsdale Insurance Company<br>Entity ID Number 3286058 |
| **Entity Served:** | Scottsdale Insurance Company |
| **Title of Action:** | Lady Lake Bb, LLC vs. Scottsdale Insurance Company |
| **Matter Name/ID:** | Lady Lake Bb, LLC vs. Scottsdale Insurance Company (16997284) |
| **Document(s) Type:** | Summons and Amended Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Lake County Circuit Court, FL |
| **Case/Reference No:** | 35-2024-CA-002393-AXXX-01 |
| **Jurisdiction Served:** | Florida |
| **Date Served on CSC:** | 03/07/2025 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | FL Chief Financial Officer on 03/06/2025 |
| **How Served:** | Electronic SOP |
| **Sender Information:** | Serrano Cagan & Cagan<br>N/A |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

*25-000056886*

| | |
|---|---|
| LADY LAKE BB, LLC | CASE #:  35-2024-CA-002393-AXXX-01<br>COURT:  CIRCUIT<br>COUNTY: LAKE |
| PLAINTIFF(S) | DFS-SOP #: 25-000056886 |

VS.

SCOTTSDALE INSURANCE COMPANY

DEFENDANT(S)
_____/

SUMMONS, COMPLAINT, DISCOVERY, CIVIL COVER SHEET, CMO, ORDER ESTABLISHING MOTION PRACTICE, NOTICE OF UNAVAILABILITY

# NOTICE OF SERVICE OF PROCESS

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial Officer of the State of Florida. Said process was received in my office by ELECTRONIC DELIVERY on Thursday, March 6, 2025 and a copy was forwarded by ELECTRONIC DELIVERY on Friday, March 7, 2025 to the designated agent for the named entity as shown below.

SCOTTSDALE INSURANCE COMPANY
LYNETTE COLEMAN
1201 HAYS STREET
TALLAHASSEE, FL 32301

*Our office will only serve the initial process (Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent filings, pleadings, or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule 1.080.

*Jimmy Patronis*

Jimmy Patronis
Chief Financial Officer

FRANCISCO SERRANO II
SERRANO CAGAN & CAGAN
2300 MAITLAND CENTER PKWY, STE 106
MAITLAND, FL 32751

BL1

IN THE CIRCUIT COURT OF THE
FIFTH JUDICIAL CIRCUIT IN AND
FOR LAKE COUNTY, FLORIDA

CASE NUMBER: 2024CA2393

JUDGE:

LADY LAKE BB, LLC,
PLAINTIFF,

V.

SCOTTSDALE INSURANCE COMPANY,
DEFENDANT.
_____/

**SUMMONS**
THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE:

YOU ARE COMMANDED to serve this Summons and a copy of the Complaint of Petition in this action on SCOTTSDALE INSURANCE COMPANY pursuant to F.S. 48.151
*By Serving:*

<u>SCOTTSDALE INSURANCE COMPANY</u>
Insurance Commissioner
State of Florida
PROCESS SECTION
200 East Gaines Street
Tallahassee, Florida 32302

Each defendant is required to serve written defenses to the Complaint of Petition on Francisco E. Serrano, Counsel for the Plaintiff, **Serrano Cagan & Cagan, 2300 Maitland Center Pkwy, Suite 106 Maitland, FL 32751,** within twenty (20) days after service, of this summons on that Defendant exclusive of the day of service, and to file the original of the Defenses with the Clerk of this Court either before service on Plaintiff's Attorney or immediately thereafter. If a defendant fails to do so, a Default will be entered against that Defendant for the relief demanded in the complaint or petition.
CLERK OF THE COURT

By: *Linda Benson* , Deputy Clerk          Date: December 31, 2024



Page 1 of 1

IN THE CIRCUIT COURT OF THE

FIFTH JUDICIAL CIRCUIT IN AND

FOR LAKE COUNTY, FLORIDA

CASE NUMBER: 35-2024-CA-002393-AXXX-01

LADY LAKE BB, LLC,

PLAINTIFF,

V.

SCOTTSDALE INSURANCE COMPANY,

DEFENDANT.

_____/

**AMENDED COMPLAINT & DEMAND FOR JURY TRIAL**

**COMES NOW** the Plaintiff, LADY LAKE BB, LLC, by and through their undersigned attorney, and sues the Defendant, SCOTTSDALE INSURANCE COMPANY, and alleges as follows:

1. This is an action for breach of contract with damages greater than Fifty Thousand Dollars ($50,000.01) exclusive of interest, costs, and attorney's fees.

2. At all material times hereto, the Plaintiff, LADY LAKE BB, LLC (hereinafter "Plaintiff") was and is a resident of LAKE County, Florida.

3. At all material times hereto, Defendant, SCOTTSDALE INSURANCE COMPANY, was a corporation duly licensed to transact insurance business in the State of Florida. Defendant

4. does business, has offices, and/or maintained agents for the transaction of its customary business in LAKE County, Florida.

5. Prior to 09/28/2022, the Insured sought and purchased homeowner's insurance from Defendant to cover their property located at 415 US HIGHWAY 441, LADY LAKE, FL 32159 (hereinafter "Insured's Property"). Said policy of insurance, which is believed to be policy number CPS7557468 (hereinafter "Insured's Policy"), was issued by Defendant to Insured to provide insurance coverage which included, but was not limited to, coverage afforded to protect Insured's Property against a covered loss.

5. Insured's Policy was issued by Defendant to Insured and was in full force and effect as of 09/28/2022. A formal copy of the Insured's Policy is not currently in the possession of Plaintiff, but is well known to Defendant, and has been requested by Plaintiff through a Request to Produce (which has been served upon Defendant contemporaneously with this Complaint).

6. On or about 09/28/2022, Insured's Property and dwelling was damaged by a covered loss; wind damage. Said loss was covered under Insured's Policy issued by Defendant to Insured.

7. Plaintiff timely notified the Defendant of the loss and was assigned a claim number.

8. This is an action related to Defendant's breach of contract and failure to pay full value of damages allowed under the policy.

9. Jurisdiction and venue of this matter are proper CIRCUIT Court for LAKE county, Florida.

### COUNT I - BREACH OF CONTRACT AGAINST DEFENDANT

**COMES NOW** the Plaintiff, by and through the undersigned attorney sues the Defendant, and alleges as follows:

10. The Plaintiff does hereby repeat and re-allege Paragraphs 1 through 9 above and incorporates the same by the reference herein.

11. The Insured is a named insured under the homeowner's insurance policy of the Insured (the Insured's Policy described above) and said policy was in full force and effect as to the Insured at all times material to this Complaint, including when Insured's Property was damaged as described above.

12. Plaintiff has complied with all conditions precedent to this lawsuit and to entitle Plaintiff to recover under the Insured's Policy, or any such conditions have been waived.

13. Despite demand for payment, Defendant has failed or refused to pay full value for Plaintiffs damages.

14. Defendant's refusal to reimburse Plaintiff adequately and otherwise make Plaintiff whole, constitutes a breach of contract.

15. Plaintiff has been damaged as a result of Defendant's breach in the form of insurance proceeds which have not been paid, interest, costs, and attorney's fees.

16. Plaintiff has been and remains fully prepared to comply with all of the obligations pursuant to the aforesaid contract of insurance.

17. As a result of Defendant's aforementioned breach of contract, it has become necessary that Plaintiff retain the services of the undersigned attorneys pursuant to Fla. Stat. § 627.428. Plaintiff is obligated to pay a reasonable fee for the undersigned attorneys' services in bringing this action, plus necessary costs.

18. Plaintiff is entitled to recover attorney's fees and costs from Defendant under Fla. Stat. §627.428, 92.231 and 57.104. See: Ryan Inc. Eastern, 974 So.2d at 378; Roberts v. Carter, 350 So.2d 78, 79 (Fla. 1977).

WHEREFORE, Plaintiff, LADY LAKE BB, LLC, by and through the undersigned counsel, demands judgment against Defendant, SCOTTSDALE INSURANCE COMPANY for all unpaid bills with interest on any overdue payments, costs, attorney fees pursuant to Fla. Stat. § 627.428, and for all other remedies the Court sees fit to grant, and Plaintiff demand trial by jury.

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that a true and correct copy of this document will be served on the Defendant along with the summons in this action.

**Dated:** March 05, 2025

/s/ *Anthony A. Fouladi*
Anthony A. Fouladi, Esquire
Florida Bar No.: 91082
**Serrano Cagan & Cagan**
Francisco E. Serrano, II, Esq.
Florida Bar No.: 92034
2300 Maitland Center Pkwy
Suite 106
Maitland, FL 32751
Phone No.: (877)4SCC-LAW
Service: service@serranocagan.com
Primary: afouladi@serranocagan.com
Secondary: cholliday@serranocagan.com
Attorneys for Plaintiff

**FORM 1.997.   CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

    **I.   CASE STYLE**

IN THE CIRCUIT/COUNTY COURT OF THE <u>FIFTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>LAKE</u>   COUNTY, FLORIDA

<u>LADY LAKE BB LLC</u>
  Plaintiff

Case # _____
Judge _____

vs.
<u>SCOTTSDALE INSURANCE COMPANY</u>
  Defendant

    **II.   AMOUNT OF CLAIM**

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

- ☐ $8,000 or less
- ☐ $8,001 - $30,000
- ☐ $30,001- $50,000
- ☐ $50,001- $75,000
- ☐ $75,001 - $100,000
- ☒ over $100,000.00

    **III.   TYPE OF CASE**   (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- 2 -

**CIRCUIT CIVIL**

☐ Condominium
☒ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
    ☐ Business governance
    ☐ Business torts
    ☐ Environmental/Toxic tort
    ☐ Third party indemnification
    ☐ Construction defect
    ☐ Mass tort
    ☐ Negligent security
    ☐ Nursing home negligence
    ☐ Premises liability—commercial
    ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
    ☐ Commercial foreclosure
    ☐ Homestead residential foreclosure
    ☐ Non-homestead residential foreclosure
    ☐ Other real property actions

☐ Professional malpractice
    ☐ Malpractice—business
    ☐ Malpractice—medical
    ☐ Malpractice—other professional
☐ Other
    ☐ Antitrust/Trade regulation
    ☐ Business transactions
    ☐ Constitutional challenge—statute or ordinance
    ☐ Constitutional challenge—proposed amendment
    ☐ Corporate trusts
    ☐ Discrimination—employment or other
    ☐ Insurance claims
    ☐ Intellectual property
    ☐ Libel/Slander
    ☐ Shareholder derivative action
    ☐ Securities litigation
    ☐ Trade secrets
    ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

- 2 -

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

### COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV. REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☐ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V. NUMBER OF CAUSES OF ACTION:** [ ]
(Specify)

  1

**VI. IS THIS CASE A CLASS ACTION LAWSUIT?**
☐ yes
☒ no

**VII. HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
☒ no
☐ yes If "yes," list all related cases by name, case number, and court.

**VIII. IS JURY TRIAL DEMANDED IN COMPLAINT?**
☒ yes
☐ no

**IX. DOES THIS CASE INVOLVE ALLEGATIONS OF SEXUAL ABUSE?**
☐ yes
☒ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: s/ Anthony Amir Fouladi Esq.　　　　Fla. Bar # 91082
          Attorney or party　　　　　　　　　　　　　(Bar # if attorney)

Anthony Amir Fouladi Esq.　　　　　　　12/30/2024
 (type or print name)　　　　　　　　　Date