UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**LADY LAKE BB, LLC,**

    **Plaintiffs,**

vs.                                                                     CASE NO: 5:25-cv-201-JA-PRL

**SCOTTSDALE INSURANCE COMPANY,**

    **Defendant.**

    _____/

**JOINT STIPULATION FOR DISMISSAL**

**COMES NOW,** the parties, LADY LAKE BB, LLC and SCOTTSDALE INSURANCE COMPANY, by and through their undersigned attorneys and jointly petition this Honorable Court for an Order dismissing the above-styled cause with prejudice as to the Defendant, SCOTTSDALE INSURANCE COMPANY, upon the grounds that the same has been amicably settled between the parties and no further justiciable issues exist. The Court shall retain jurisdiction to enforce the terms of the settlement.

    **DATED** this _____ day of _____, 2026.


JOY E. SANDON, ESQUIRE
Fla. Bar No. 1018952
**Serrano Cagan & Cagan**
2300 Maitland Center Parkway – Suite 106
Maitland, Florida 32751
Tel: (407) 906-7166
*Primary email:* service@serranocagan.com
*Secondary email:* jsandon@serranocagan.com
                      tmoore@serranocagan.com

BRETT SMITH, ESQUIRE
Fla. Bar No. 89236
**KAUFMAN DOLOWICH, LLP**
100 S.E. Third Avenue, Suite 1500
Fort Lauderdale, FL 33394
Tel: (407) 789-0104

*Primary email:*
*Secondary email:*