UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**LADY LAKE BB, LLC,**
        **Plaintiff,**

v.                                                 Case No. 5:25-cv-201-JA-PRL

**SCOTTSDALE INSURANCE COMPANY,**
        **Defendant.**

### ORDER

The Court has been advised by the parties that this case has been settled. (Joint Stipulation, Doc. 18). Although the parties suggest that the Court retain jurisdiction to enforce their settlement, the Court declines to do so. The Court instead enters this Order—its standard order for settled cases.

Pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** that this case is hereby **DISMISSED** subject to the right of any party, within sixty days from the date of this Order, to move the Court to re-open the case for entry of a stipulated final order or a judgment or for further proceedings. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida, on January 26, 2026.

                                                    JOHN ANTOON II
                                                    United States District Judge

Copies furnished to:
Counsel of Record